**Motion Granted; Dismissed and Memorandum Opinion filed May 22, 2014.**



In The

# Fourteenth Court of Appeals

## NO. 14-13-00901-CV

## BARBARA ULMER, Appellant

## V.

## DEREK ANTHONY JENKINS, SR., Appellee

**On Appeal from the 309th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-44247**

# M E M O R A N D U M   O P I N I O N

This is an appeal from a final decree of divorce signed July 26, 2013. On May 16, 2014, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Donovan and Brown.